JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE CANDLER, | Case No. CV 18-4811-SJO (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| D. BAUGHMAN, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: May 29, 2019

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE